**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
*Proposed Counsel to Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| MUNISH SAWHNEY, | Case No. 15-29250 (JKS) |
| Debtor. | |

### NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On October 13, 2015 (the "Petition Date"), Munish Sawhney. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey. The Debtor is operating his business and managing his affairs as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of his legal advisors and other professionals, has prepared his Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") pursuant to Section 521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007. These Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Notes and Disclaimers") pertain to all of the Schedules and the SOFA. While the Debtor has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to him at the time of preparation, subsequent information or discovery may result in changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA. Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. These Notes and Disclaimers are incorporated by reference herein, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA. Nothing contained on the Schedules and SOFA shall waive any rights to assert that an alleged lease is a disguised security interest.

**Amendment.**   While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist.  The Debtor thus reserves the right to amend and/or supplement his Schedules and SOFA from time to time as may be necessary or appropriate.

**Dates.**   To the best of the Debtor's ability and knowledge, all asset information is listed as of the Petition Date and all liability information is listed as of the Petition Date.

**Basis of Presentation.**   The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.**   Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of his causes of action (filed or potential) as assets in the Schedules and SOFA.  Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action he may have, whether or not listed as assets in the Schedules and SOFA, and neither these Notes and Disclaimers nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Totals.**   All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA.  To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Current Market Value of Assets.**   Unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA.  For this reason, amounts ultimately realized may vary from net book value and such variance may be material.  Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of the current market value unless so indicated.  Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date. Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair market value.  The amounts shown for assets and liabilities exclude items identified as "Unknown" and the Debtor's ultimate assets and liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.**   Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on its Schedules or SOFA on any grounds, including to assert an offset or any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."   The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.** Listing a claim on (i) Schedule E as "priority" or (ii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Notes and Disclaimers Control.** In the event the Schedules and SOFA differ from the foregoing Notes and Disclaimers, the Notes and Disclaimers shall control.

**Insiders.** The Debtor has included in response to question 23 of the SOFA all withdrawals or distributions, if any, credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the Petition Date. Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under section 101(31) of the Bankruptcy Code or applicable law.

**Contingent Assets.** The Debtor believes that he may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor reserves all of his rights with respect to any claims, causes of action or avoidance actions it may have and nothing contained in these Notes and Disclaimers or the Schedules and SOFA shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly. The Debtor, however, may have inadvertently characterized, classified, categorized or designated certain items mistakenly. Thus, the Debtor reserves his rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

4826-1235-5370, v. 1

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of New Jersey

In re   **Munish Sawhney**

                                 Debtor

Case No.   **15-29250 (JKS)**

Chapter              **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 190,761.74 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 119,857.68 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 6,959,596.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 10,586.83 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,796.74 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 190,761.74 | | |
| Total Liabilities | | | | 7,079,453.89 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of New Jersey

In re   **Munish Sawhney**                                     Case No.   **15-29250 (JKS)**
                                              Debtor ,
                                                                Chapter                **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Munish Sawhney**                                                    Case No.   **15-29250 (JKS)**
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Munish Sawhney**                                                Case No.    **15-29250 (JKS)**
_____                                _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place
an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified
with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community
own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint
petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as
"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Hudson City joint checking account ending in *771**<br>**Account balance: $500.95**<br>**(owned 50% with spouse Sheetal Sawhney)** | J | 250.48 |
| | | | **Checking account ending in *055** | - | 700.00 |
| | | | **Checking Account ending in *823**<br>  **Valley National Bank** | - | 3,077.57 |
| | | | **Rupee Checking account ending in *12 at CitiBank, N.A., Bombay Mutual Building, 293 D.N. Road, Fort Mumbai 400001**<br>**Account balance:  $5.86**<br>**(50% ownership with spouse Sheetal Sawhney)** | J | 2.93 |
| | | | **Savings account ending in *024**<br>  **Wells Fargo Bank** | - | 27.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household furniture, television, video, DVD player, audio equipment, computer, printer, fax machine, CD player** | - | 2,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, cassettes, CDs wall art, paintings** | - | 500.00 |
| 6. | Wearing apparel. | | **Clothing** | - | 800.00 |
| 7. | Furs and jewelry. | | **2 Movado watches, Gucci watch, necklace with pendant, rings, bracelet, cufflinks** | - | 1,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Tennis racquets, sports shoes, old golf clubs and bag** | - | 100.00 |

|  | Sub-Total > | 8,957.98 |
|---|---|---|
|  | (Total of this page) | |

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Munish Sawhney**                                              Case No.    **15-29250 (JKS)**

                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole Life Insurance Policy with The Guardian Life Insurance Company of America (Loan against policy in the amount of $88,803.12)** | - | 134,909.00 |
| 10. Annuities. Itemize and name each issuer. | | **Annuity with Midland National Life Insurance Company** | - | 19,274.04 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Keller Williams Recruitment profit sharing plan** | - | 3,077.57 |
| | | **IRA with The Vanguard Fiduciary Trust Company** | - | 2,967.79 |
| | | **IRA with Fidelity Financial Advisor Solutions** | - | 5,627.83 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% ownership of GE common stock Value of stock:  $7,895.06** | J | 3,947.53 |
| | | **Munosa Holdings, LLC (100% ownership)** | - | Unknown |
| | | **K City Realty, LLC (Marcos Velez related company)** | - | Unknown |
| | | **Lincoln Street 122, LLC (Marcos Velez related company)** | - | Unknown |
| | | **Jefferson 20, LLC (Marcos Velez related company)** | - | Unknown |
| | | **Halladay 227, LLC (Marcos Velez related company)** | - | Unknown |
| | | **237 Lexington, LLC (Marcos Velez related company)** | - | Unknown |
| | | **Oakland 90, LLC (Marcos Velez related company)** | - | Unknown |
| | | **Hutton 180, LLC (Marcos Velez related company)** | - | Unknown |

Sub-Total >     169,803.76
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Munish Sawhney**                                    Case No.   __15-29250 (JKS)__
_____,
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Liberty 239, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | 94 Neptune Avenue, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | JCRE Group, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | JSR Realt Estate, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | Quest Imperial, LLC <br> (100% ownership interest) | - | Unknown |
| | | 14-16 Centre Street, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | 3 Prop JC, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | Rama Swetta, LLC <br> (100% ownership interest) | - | Unknown |
| | | Union City 409, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | 53 HPR, LLC <br> (100% ownership interest) | - | Unknown |
| | | Bidwell 185, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | NJ Home & Financial Services Corp. <br> (100% ownership interest) | - | Unknown |
| | | MLK 158 Realty, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | 157 South Street ,LLC <br> (Marcos Velez related company) | - | Unknown |
| | | Bostwick 77 Realty, LLC <br> (Marcos Velez related company) | - | Unknown |
| | | 4-6 Beech Street, LLC <br> (Marcos Velez related company) | - | Unknown |

Sub-Total >          0.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Munish Sawhney**                                                    Case No.   **15-29250 (JKS)**
                                    ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **MSV, LLC** **(100% ownership interest)** | - | **Unknown** |
| | | **Orange Stone, LLC** **(100% ownership interest)** | - | **Unknown** |
| | | **Tri-State Gold Coast, LLC** **(60% ownership interest)** | - | **0.00** |
| | | **Kearny Street 105 Realty, LLC** **(Marcos Velez related company)** | - | **Unknown** |
| | | **Prospect 355, LLC** **(Marcos Velez related company)** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                 0.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Munish Sawhney**                                            Case No.   **15-29250 (JKS)**
                                                    ,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **New Jersey Real Estate Broker Salesperson** | - | **Unknown** |
| | | **Mortgage Loan Originator's License** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Bentley Flying Spur (120,000 miles)** | - | **Unknown** |
| | | **2004 Lexus LX470 (180,000 miles)** | - | **12,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 12,000.00 |
| (Total of this page) | |
| Total > | 190,761.74 |

Sheet   **4**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re     **Munish Sawhney**                                    Case No.   **15-29250 (JKS)**
_____
                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                                *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Hudson City joint checking account ending in *771 Account balance: $500.95 (owned 50% with spouse Sheetal Sawhney) | 11 U.S.C. § 522(d)(5) | 250.48 | 250.48 |
| Checking account ending in *055 | 11 U.S.C. § 522(d)(5) | 700.00 | 700.00 |
| Checking Account ending in *823 Valley National Bank | 11 U.S.C. § 522(d)(5) | 3,077.57 | 3,077.57 |
| Rupee Checking account ending in *12 at CitiBank, N.A., Bombay Mutual Building, 293 D.N. Road, Fort Mumbai 400001 Account balance:  $5.86 (50% ownership with spouse Sheetal Sawhney) | 11 U.S.C. § 522(d)(5) | 2.93 | 2.93 |
| Savings account ending in *024 Wells Fargo Bank | 11 U.S.C. § 522(d)(5) | 27.00 | 27.00 |
| **Household Goods and Furnishings** | | | |
| Household furniture, television, video, DVD player, audio equipment, computer, printer, fax machine, CD player | 11 U.S.C. § 522(d)(3) | 2,500.00 | 2,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, cassettes, CDs wall art, paintings | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| 2 Movado watches, Gucci watch, necklace with pendant, rings, bracelet, cufflinks | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Tennis racquets, sports shoes, old golf clubs and bag | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Interests in Insurance Policies** | | | |
| Whole Life Insurance Policy with The Guardian Life Insurance Company of America (Loan against policy in the amount of $88,803.12) | 11 U.S.C. § 522(d)(7) | 134,909.00 | 134,909.00 |
| **Annuities** | | | |
| Annuity with Midland National Life Insurance Company | 11 U.S.C. § 522(d)(10)(E) | 19,274.04 | 19,274.04 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Keller Williams Recruitment profit sharing plan | 11 U.S.C. § 522(d)(10)(E) | 3,077.57 | 3,077.57 |

___2___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Munish Sawhney**                                                          Case No.   **15-29250 (JKS)**
                                                                                    ,
                                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| IRA with The Vanguard Fiduciary Trust Company | 11 U.S.C. § 522(d)(10)(E) | 2,967.79 | 2,967.79 |
| IRA with Fidelity Financial Advisor Solutions | 11 U.S.C. § 522(d)(10)(E) | 5,627.83 | 5,627.83 |
| **Stock and Interests in Businesses** 50% ownership of GE common stock  Value of stock:  $7,895.06 | 11 U.S.C. § 522(d)(5) | 3,947.53 | 3,947.53 |
| Munsosa Holdings, LLC  (100% ownership) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| K City Realty, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Lincoln Street 122, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Jefferson 20, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Halladay 227, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| 237 Lexington, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Oakland 90, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Hutton 180, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Liberty 239, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| 94 Neptune Avenue, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| JCRE Group, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| JSR Realt Estate, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Quest Imperial, LLC  (100% ownership interest) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| 14-16 Centre Street, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| 3 Prop JC, LLC  (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Munish Sawhney**                                                    Case No. _____**15-29250 (JKS)**_____
                                                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Rama Swetta, LLC (100% ownership interest) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Union City 409, LLC (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| 53 HPR, LLC (100% ownership interest) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Bidwell 185, LLC (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| NJ Home & Financial Services Corp. (100% ownership interest) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| MLK 158 Realty, LLC (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| 157 South Street ,LLC (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Bostwick 77 Realty, LLC (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| 4-6 Beech Street, LLC (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| MSV, LLC (100% ownership interest) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Orange Stone, LLC (100% ownership interest) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Tri-State Gold Coast, LLC (60% ownership interest) | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Kearny Street 105 Realty, LLC (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Prospect 355, LLC (Marcos Velez related company) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| **Licenses, Franchises, and Other General Intangibles** | | | |
| New Jersey Real Estate Broker Salesperson | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| Mortgage Loan Originator's License | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Lexus LX470 (180,000 miles) | 11 U.S.C. § 522(d)(2) | 3,675.00 | 12,000.00 |
| | Total: | 182,436.74 | 190,761.74 |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Munish Sawhney**                                                              Case No.    **15-29250 (JKS)**
                                                                              ,
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **TD Auto Finance** PO Box 16039 Lewiston, ME 04243-9520 | - | | | | **2006 Bentley Flying Spur (120,000 miles)** Value $        **Unknown** | | | | **31,054.56** | **Unknown** |
| Account No. **TD Bank Lockbox TD Auto Finance - 16039 Mailstop ME2-074-017 6 Atlantis Way Lewiston, ME 04240** | | | | | On behalf of: **TD Auto Finance** Value $ | | | | **Notice Only** | |
| Account No. **The Guardian Life Insurance Company** 7 Hanover Square Customer Service, H-6-D New York, NY 10004 | | | | | **Whole Life Insurance Policy with The Guardian Life Insurance Company of America** **(Loan against policy in the amount of $88,803.12)** Value $        **134,909.00** | | | | **88,803.12** | **0.00** |
| Account No. | | | | | Value $ | | | | | |

**0**   continuation sheets attached

|  | Subtotal (Total of this page) | **119,857.68** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **119,857.68** | **0.00** |

B6E (Official Form 6E) (4/13)

In re    **Munish Sawhney**                                                              Case No.    **15-29250 (JKS)**
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                          **2**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Munish Sawhney**                                          Case No.   **15-29250 (JKS)**

_____,
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Notice only. | | | | | |
| **Division of Taxation** **124 Halsey Street** **Second Floor** **Newark, NJ 07102** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice only. | | | | | |
| **Internal Revenue Service** **Special Procedures Branch** **Attn: Bankruptcy Section** **PO Box 744** **Springfield, NJ 07081-0744** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice only. | | | | | |
| **Internal Revenue Service** **Attn: District Director** **955 South Springfield Avenue** **Springfield, NJ 07081** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice only. | | | | | |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice only. | | | | | |
| **New Jersey Division of Taxation** **Attn: Bankruptcy Section** **PO Box 245** **Trenton, NJ 08695-0245** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Munish Sawhney**                                    Case No.  **15-29250 (JKS)**

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice only. | | | | | |
| **Office of the Attorney General Richard J. Hughes Justice Complex 25 Market Street PO Box 112 Trenton, NJ 08625-0112** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice only. | | | | | |
| **Office of the Chief Counsel Internal Revenue Service SB/SE Division One Newark Center, Suite 1500 Newark, NJ 07102** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice only. | | | | | |
| **State of New Jersey Division of Taxation - Gross Income Tax 50 Barrack Street PO Box 269 Trenton, NJ 08625** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Notice only. | | | | | |
| **United States Attorney 970 Broad Street, Fifth Floor Newark, NJ 07102** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re     **Munish Sawhney**                                                            Case No.    **15-29250 (JKS)**
                                                    ,
                          Debtor


# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Judgment creditor. | | | | |
| 137-139 Parker Street, LLC c/o Sean M. Lipsky, Esq. Lipsky Portales, P.A. 140 Littleton Road, Suite 103 Parsippany, NJ 07054 | X | - | | | | X | 978,262.16 |
| Account No. | | | Judgment creditor. | | | | |
| 295 Fairmount Avenue, LLC c/o Sean M. Lipsky, Esq. Lipsky Portales, P.A. 140 Littleton Road, Suite 103 Parsippany, NJ 07054 | X | - | | | | X | 487,630.70 |
| Account No. | | | Judgment creditor. | | | | |
| 733-735 6th Street, LLC c/o Sean M. Lipsky, Esq. Lipsky Portales, P.A. 140 Littleton Road, Suite 103 Parsippany, NJ 07054 | X | - | | | | X | 423,376.93 |
| Account No. | | | Judgment creditor. | | | | |
| 78 Mallory Street, LLC c/o Sean M. Lipsky, Esq. Lipsky Portales, P.A. 140 Littleton Road, Suite 103 Parsippany, NJ 07054 | X | - | | | | X | 776,594.24 |

__7__   continuation sheets attached

Subtotal
(Total of this page)                                                                              2,665,864.03

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munish Sawhney**                                          Case No.  __15-29250 (JKS)__
_____ ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Loan. | | | | |
| **7912 River Rd. Apt.** **7912 River Road** **North Bergen, NJ 07047** | | | | | | | | 6,700.00 |
| Account No. | | | - | Personal guaranty on loan. | X | X | | |
| **Accent Funding LLC** **Attn:  Ildiko Trien** **112 West 56th Street** **Suite 26 North** **New York, NY 10019** | | | | | | | | Unknown |
| Account No. | | | - | Loan. | | | | |
| **AM Financial Holdings LLC** **Attn:  Mrugul Patel** **1057 Broad Street** **Bloomfield, NJ 07003** | | | | | | | | 50,000.00 |
| Account No. | | | - | Credit card debt. | | | | |
| **American Express** **2965 West Corporate Lakes Boulevard** **Westin, FL 33331-3626** | | | | | | | | 17,981.49 |
| Account No. | | | - | Credit card debt. | | | | |
| **Best Buy Credit Services** **PO Box 183195** **Columbus, OH 43218-3195** | | | | | | | | 3,986.26 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           78,667.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Munish Sawhney**                                    Case No.   **15-29250 (JKS)**
                                                        ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Credit card debt. | | | | |
| Bloomingdales 1000 Third Avenue New York, NY 10022 | | - | | | | | | |
| | | | | | | | | 1,800.00 |
| Account No. | | | | Personal guaranty of business credit card. | | | | |
| Capital One Bank USA 168 Capital One Drive Mc Lean, VA 22102 | | - | | | X | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Loan. | | | | |
| Chander Sharma 659 Victoria Avenue Paramus, NJ 07652 | | - | | | | | | |
| | | | | | | | | 260,000.00 |
| Account No. | | | | Litigation plaintiff. | | | | |
| Eris Capital, LLC c/o Sean M. Lipsky, Esq. Lipsky Portales, P.A. 140 Littleton Road, Suite 103 Parsippany, NJ 07054 | X | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | On behalf of: Eris Capital, LLC | | | | |
| Eris Capital Attn: Peter Aytug 37-18 Northern Boulevard Suite 417 Long Island City, NY 11101 | | | | | | | | Notice Only |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                261,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munish Sawhney**                                         Case No.  **15-29250 (JKS)**
_____,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Eugene St. Louis 37 Liberty Place Weehawken, NJ 07086 | | - | | | | | | 1,592,837.40 |
| Account No. | | | | Personal guaranty. | | | | |
| FCI Lender Services, Inc. PO Box 27370 Anaheim, CA 92809-0112 | X | - | | | X | X | | Unknown |
| Account No. | | | | Personal guaranty. | | | | |
| Harmony Bank 2120 West County Line Road Jackson, NJ 08527 | X | - | | | X | X | | Unknown |
| Account No. | | | | Loan. | | | | |
| Hilltop Management Co. Attn: David Kramer 1161 East 21st Street Brooklyn, NY 11210 | | - | | | | | | 17,000.00 |
| Account No. | | | | UCC filing. | | | | |
| Hudsoncross Capital, LLC 3 Pickwick Plaza Suite 400 Greenwich, CT 06830-5513 | | - | | | | | | 0.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,609,837.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munish Sawhney**                                         Case No.  **15-29250 (JKS)**
                                                      ,
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan. | | | | |
| Ikval Saggu 22 Meridian Road Suite 8 Edison, NJ 08820 | | - | | | | | 360,000.00 |
| Account No. | | | Loan. | | | | |
| James Monaco PO Box 3053 Hoboken, NJ 07030 | | - | | | | | 235,000.00 |
| Account No. | | | Credit card debt. | | | | |
| Jared Galleria of Jewelry PO Box 740425 Cincinnati, OH 45274-0425 | | - | | | | | 3,747.23 |
| Account No. | | | Loan. | | | | |
| Jignesh Patel B Hensyn Village Apt. 5B Budd Lake, NJ 07828 | | - | | | | | 25,000.00 |
| Account No. | | | Loan. | | | | |
| Manish Dahiya 375 South End Avenue #31J New York, NY 10280 | | - | | | | | 70,000.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    693,747.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Munish Sawhney**                                                    Case No.    **15-29250 (JKS)**

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Mark Velez** c/o Cindy Nan Vogelman, Esq. Chasan Leyner & Lamparello, PC 300 Harmon Meadow Boulevard, 6th Floor Secaucus, NJ 07094 | | - | | | X | X | | **Unknown** |
| Account No. | | | | UCC filing. | | | | |
| **Mercury Capital Funding, LLC** 100 Merrick Road, Suite 504E Rockville Centre, NY 11570-4880 | | - | | | | | | **0.00** |
| Account No. | | | | Loan. | | | | |
| **Michael Steifman** c/o David Meth, Esq. 200 Daniels Way Suite 240 Freehold, NJ 07728 | | - | | | | | | **8,500.00** |
| Account No. | | | | Loan. | | | | |
| **Miranda & Masters, LLC** Attn:  David Miranda 98 Leonard Street Jersey City, NJ 07307 | | - | | | | | | **50,000.00** |
| Account No. | | | | Judgment creditor. | | | | |
| **Nyburg Properties, LLC** c/o Sean M. Lipsky, Esq. Lipsky Portales, P.A. 140 Littleton Road, Suite 103 Parsippany, NJ 07054 | X | - | | | | | X | **200,000.00** |

Sheet no. __5__ of __7__ sheets attached to Schedule of              Subtotal              **258,500.00**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Munish Sawhney**                                              Case No.    **15-29250 (JKS)**
_____            _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Judgment creditor. | | | | |
| **Parker Street Realty LLC** c/o Sean M. Lipsky, Esq. Lipsky Portales, P.A. 140 Littleton Road, Suite 103 Parsippany, NJ 07054 | X | - | | | | X | 1,068,846.60 |
| Account No. | | | Loan. | | | | |
| **Radha K. Sawhney** 2205 Arterra Court West Palm Beach, FL 33411-1417 | | - | | | | | 100,000.00 |
| Account No. | | | Loan. | | | | |
| **Ramyeta Deshmukh** 230 Via D'Este Delray Beach, FL 33445 | | - | | | | | 100,000.00 |
| Account No. | | | Personal guaranty. | | | | |
| **Regal Bank** 570 West Mount Pleasant Avenue Livingston, NJ 07039 | X | - | | X | X | | Unknown |
| Account No. | | | | | | | |
| **Riverside Abstract Title** c/o Jeffrey Fleischmann, Esq. Law Office of Jeffrey Fleischmann PC 65 Broadway, Suite 842 New York, NY 10006 | X | - | | | | X | 41,546.37 |

Sheet no. __6__ of __7__ sheets attached to Schedule of        Subtotal        | 1,310,392.97 |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Munish Sawhney**                                    Case No. **15-29250 (JKS)**
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Riverside Abstract Title**<br>**212 Second Street**<br>**Suite 502**<br>**Lakewood, NJ 08701** | | | | **On behalf of:**<br>**Riverside Abstract Title** | | | | **Notice Only** |
| Account No.<br><br>**Vishesh Chhibber**<br>**308B South Oysterbay Road**<br>**Syosset, NY 11791** | | - | | **Loan.** | | | | **80,000.00** |
| Account No.<br><br>**Wells Fargo Card Services**<br>**PO Box 6412**<br>**Carol Stream, IL 60197-6412** | | - | | **Credit card debt.** | | | | **786.83** |
| Account No.<br><br>**York Funding, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsly Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** | X | - | | | | | X | **Unknown** |
| Account No.<br><br> | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **80,786.83** |
| Total<br>(Report on Summary of Schedules) | **6,959,596.21** |

B6G (Official Form 6G) (12/07)

In re    **Munish Sawhney**                                      Case No.   **15-29250 (JKS)**
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Marcos A. Velez** <br> **12 Oakland Avenue** <br> **Jersey City, NJ 07306** | **Agrement dated March 31, 2011 whereby Marcos Velez is entitled to receive 50% of the net proceeds of sale with regard to any properties that he identifies for purchase and/or for which he coordinates repairs and rehabilitation.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Munish Sawhney**                                                    Case No.    **15-29250 (JKS)**
                                                                    ,
                              Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **14-16 Centre Street, LLC**<br>**37-18 Northern Boulevard**<br>**Suite 417**<br>**Long Island City, NY 11101** | **Riverside Abstract Title**<br>**c/o Jeffrey Fleischmann, Esq.**<br>**Law Office of Jeffrey Fleischmann PC**<br>**65 Broadway, Suite 842**<br>**New York, NY 10006** |
| **237 Lexington, LLC**<br>**7004 Kennedy Boulevard East**<br>**Guttenberg, NJ 07093** | **Harmony Bank**<br>**2120 West County Line Road**<br>**Jackson, NJ 08527** |
| **94 Neptune Avneue, LLC**<br>**660 Newark Avenue**<br>**Jersey City, NJ 07306** | **Regal Bank**<br>**570 West Mount Pleasant Avenue**<br>**Livingston, NJ 07039** |
| **Benjamin Velez**<br>**[Address Unknown]** | **Eris Capital, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Benjamin Velez**<br>**[Address Unknown]** | **Parker Street Realty LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Benjamin Velez**<br>**[Address Unknown]** | **137-139 Parker Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Benjamin Velez**<br>**[Address Unknown]** | **295 Fairmount Avenue, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Benjamin Velez**<br>**[Address Unknown]** | **78 Mallory Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |

4

_____  continuation sheets attached to Schedule of Codebtors

In re   **Munish Sawhney**                                                   Case No.   **15-29250 (JKS)**
                                        ,
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Benjamin Velez**<br>**[Address Unknown]** | **733-735 6th Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Benjamin Velez**<br>**[Address Unknown]** | **Nyburg Properties, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Benjamin Velez**<br>**[Address Unknown]** | **York Funding, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsly Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Christine Katcho**<br>**355 Prospect Street**<br>**Nutley, NJ 07110** | **Eris Capital, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Halladay 227, LLC**<br>**12 Oakland Avenue**<br>**Jersey City, NJ 07306** | **Harmony Bank**<br>**2120 West County Line Road**<br>**Jackson, NJ 08527** |
| **Hutton 180, LLC**<br>**660 Newark Avenue**<br>**Jersey City, NJ 07306** | **Regal Bank**<br>**570 West Mount Pleasant Avenue**<br>**Livingston, NJ 07039** |
| **JCRE Group, LLC**<br>**7004 JFK Boulevard, Suit e44D**<br>**West New York, NJ 07093** | **FCI Lender Services, Inc.**<br>**PO Box 27370**<br>**Anaheim, CA 92809-0112** |
| **Jefferson 20, LLC**<br>**7004 Kennedy Boulevard East**<br>**Guttenberg, NJ 07093** | **Harmony Bank**<br>**2120 West County Line Road**<br>**Jackson, NJ 08527** |
| **John R. Velez, III**<br>**12 Oakland Avenue**<br>**Jersey City, NJ 07306** | **Eris Capital, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Katcho, LLC**<br>**227 Falmouth Avenue**<br>**Elmwood Park, NJ 07407** | **Eris Capital, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re    **Munish Sawhney**                                          Case No.    **15-29250 (JKS)**
_____
                            Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Khoury Madja**<br>**355 Prospect Street**<br>**Nutley, NJ 07110** | **Eris Capital, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Liberty 239, LLC**<br>**660 Newark Avenue**<br>**Jersey City, NJ 07306** | **Regal Bank**<br>**570 West Mount Pleasant Avenue**<br>**Livingston, NJ 07039** |
| **Lincoln Street 122, LLC**<br>**7004 Boulevard East**<br>**Guttenberg, NJ 07093** | **Harmony Bank**<br>**2120 West County Line Road**<br>**Jackson, NJ 08527** |
| **Marcos Velez**<br>**355 Prospect Street**<br>**Nutley, NJ 07110** | **Eris Capital, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Melissa Velez**<br>**[Address Unknown]** | **Parker Street Realty LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Melissa Velez**<br>**[Address Unknown]** | **137-139 Parker Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Melissa Velez**<br>**[Address Unkown]** | **295 Fairmount Avenue, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Melissa Velez**<br>**[Address Unknown]** | **78 Mallory Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Melissa Velez**<br>**[Address Unknown]** | **733-735 6th Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |

Sheet    **2**    of    **4**    continuation sheets attached to the Schedule of Codebtors

In re    **Munish Sawhney**
_____,
                Debtor

Case No.  __15-29250 (JKS)__

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Melissa Velez**<br>**[Address Unknown]** | **Nyburg Properties, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Melissa Velez**<br>**[Address Unknown]** | **York Funding, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsly Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Oakland 90, LLC**<br>**7004 Kennedy Boulevard East**<br>**West New York, NJ 07093** | **Harmony Bank**<br>**2120 West County Line Road**<br>**Jackson, NJ 08527** |
| **Quest Imperial, LLC**<br>**163 Zabriskie Street**<br>**Jersey City, NJ 07307** | **Eris Capital, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Quest Imperial, LLC**<br>**163 Zabriskie Street**<br>**Jersey City, NJ 07307** | **Parker Street Realty LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Quest Imperial, LLC**<br>**163 Zabriskie Street**<br>**Jersey City, NJ 07307** | **137-139 Parker Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Quest Imperial, LLC**<br>**163 Zabriskie Street**<br>**Jersey City, NJ 07307** | **295 Fairmount Avenue, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Quest Imperial, LLC**<br>**163 Zabriskie Street**<br>**Jersey City, NJ 07307** | **78 Mallory Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Quest Imperial, LLC**<br>**163 Zabriskie Street**<br>**Jersey City, NJ 07307** | **733-735 6th Street, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |

Sheet __3__ of __4__  continuation sheets attached to the Schedule of Codebtors

In re    **Munish Sawhney**
_____,                Case No.    **15-29250 (JKS)**
                                    Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Quest Imperial, LLC**<br>**163 Zabriskie Street**<br>**Jersey City, NJ 07307** | **Nyburg Properties, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsky Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |
| **Quest Imperial, LLC**<br>**163 Zabriskie Street**<br>**Jersey City, NJ 07307** | **York Funding, LLC**<br>**c/o Sean M. Lipsky, Esq.**<br>**Lipsly Portales, P.A.**<br>**140 Littleton Road, Suite 103**<br>**Parsippany, NJ 07054** |

Sheet    **4**    of    **4**    continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Munish Sawhney** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known) | **15-29250 (JKS)** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                             12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** **Real Estate Investor/Developer** **Employer's name** **Self-Employed** | **Mortgage Loan Originator** **Franklin First Financial** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | **538 Broadhollow Road Suite 401 Melville, NY 11747** |
| | | How long employed there? | |

### Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $        0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$        0.00 | +$        0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $        0.00 | $        0.00 |

| Debtor 1 | **Munish Sawhney** | | Case number *(if known)* | **15-29250 (JKS)** |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 10,586.83 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 10,586.83 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 10,586.83 + $ 0.00 = | $ 10,586.83 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies | 12. | | $ 10,586.83 |
| | | | | Combined monthly income |

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■  No.
   ☐  Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    **Munish Sawhney**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number  **15-29250 (JKS)**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**  ☐ No

| Do not list Debtor 1 and Debtor 2.<br><br>Do not state the dependents' names. | ■ Yes. | Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| | | | **Son** | **12** | ☐ No<br>■ Yes |
| | | | **Son** | **14** | ☐ No<br>■ Yes |
| | | | | | ☐ No<br>☐ Yes |
| | | | | | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | **Your expenses** |
|---|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. $ | 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. $ | 37.50 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. $ | 200.00 |
| 4d.  Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5.  **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Munish Sawhney** | Case number (if known) | **15-29250 (JKS)** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **240.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **50.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **240.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **200.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **150.00** |
| 10. | **Personal care products and services** | 10. $ | **0.00** |
| 11. | **Medical and dental expenses** | 11. $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **250.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **400.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **1,629.24** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 6I). | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | **3,796.74** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | **10,586.83** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **3,796.74** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | **6,790.09** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **Munish Sawhney**                                            Case No.   **15-29250 (JKS)**
                                    Debtor(s)                        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **33**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 27, 2015**                        Signature  **/s/ Munish Sawhney**
                                                            **Munish Sawhney**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of New Jersey

In re  **Munish Sawhney**

                                 Debtor(s)

Case No.  **15-29250 (JKS)**

Chapter  **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $71,575.00 | 2013: MSV, LLC |
| $75,219.00 | 2014: MSV, LLC |
| $84,694.71 | 2015: MSV, LLC |

---

**2. Income other than from employment or operation of business**

None  ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $474.00 | 2013: Dividends |

B7 (Official Form 7) (04/13)

---

**3. Payments to creditors**

None  **Complete a. or b., as appropriate, and c.**
■

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None      b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
■  immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None      c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐  creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Radha K. Sawhney<br>2205 Arterra Court<br>West Palm Beach, FL 33411-1417<br>Father** | **10/23/14** | **$1,000.00** | **$100,000.00** |
| **Radha K. Sawhney<br>2205 Arterra Court<br>West Palm Beach, FL 33411-1417<br>Father** | 1/28/15 | $500.00 | |
| **Radha K. Sawhney<br>2205 Arterra Court<br>West Palm Beach, FL 33411-1417<br>Father** | 3/7/15 | $500.00 | |
| **Radha K. Sawhney<br>2205 Arterra Court<br>West Palm Beach, FL 33411-1417<br>Father** | 3/17/15 | $500.00 | |
| **Radha K. Sawhney<br>2205 Arterra Court<br>West Palm Beach, FL 33411-1417<br>Father** | 4/1/15 | $500.00 | |
| **Radha K. Sawhney<br>2205 Arterra Court<br>West Palm Beach, FL 33411-1417<br>Father** | 4/15/15 | $100.00 | |

  * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **5/15/15** | **$235.00** | |
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **5/30/15** | **$235.00** | |
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **6/15/15** | **$235.00** | |
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **6/30/15** | **$235.00** | |
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **7/9/15** | **$235.00** | |
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **7/24/15** | **$235.00** | |
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **7/31/15** | **$235.00** | |
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **8/7/15** | **$235.00** | |
| **Radha K. Sawhney**<br>**2205 Arterra Court**<br>**West Palm Beach, FL 33411-1417**<br>Father | **9/11/15** | **$200.00** | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Parker Street Realty LLC, 137-139 Parker Street LLC, 295 Fairmount Avenue LLC, 78 Mallory Street LLC, 733-735 6th Street LLC, Nyburg Properties LLC and York Funding LLC v. Quest Imperial LLC, Munish Sawhney, Benjamin Velez and Melissa Velez**<br>**Docket No. MID-L-146-15** | | **Superior Court of New Jersey Middlesex County Law Division** | **Judgment entered May 26, 2015.** |

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Riverside Abstract LLC v. 14-16 Centre, LLC and Munish Sawhney Index No. _____** | **Breach of contract, breach of express warranty and unjust enrichment** | **Supreme Court of the State of New York County of Kings** | **Pending** |
| **Eris Capital, LLC v. Quest Imperial, LLC, Munish Sawhney, John R. Velez III, Marcos Velez a/k/a Mark Velez, Benjamin Velez, Katcho, LLC, Christine Katcho and Khoury Madja Docket No. BER-L-6743-15** | | **Superior Court of New Jersey Bergen County Law Division** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Parker Street, Realty, LLC, et al.** | **July 22, 2015** | **Garnishment of Wells Fargo checking account ending in *6055 in the amounts of $1,616.81 and $59.00.** |
| **Parker Street Realty, LLC, et al.** | **July 22, 2015** | **Levy on Hudson City Bank account in the amount of $4,329.27.** |

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Trenk, DiPasquale, Della Fera & Sodono, P.C. West Orange, NJ 07052** | **October 13, 2015** | **$5,153.50 paid for prepetition services.  Retainer of $11,651.94.** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Morgan Stanley** | **Active Assets Account ending in *015** | **Closed: June 2015** <br> **Account Balance: ($150.00)** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Munish Sawhney** | **Whole life insurance policy with MetLife Insurance Company USA.** <br> **Insured:  Veer Sawhney and Kabeer Sawhney (Debtor's sons)** <br> **Cash Surrender Value:  $0.00** | **MetLife Insurance Company USA** <br> **PO Box 336** <br> **Warwick, RI 02887-0336** |

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7004 JFK Boulevard East, #44A** <br> **Guttenberg, NJ 07093** | | **September 2004 - December 2013** |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Munsosa Holdings, LLC** | 27-1980687 | **PO Box 354 Edgewater, NJ 07020** | **Real Estate** | **February 2010 - Present** |
| **K City Realty, LLC** | 45-0919007 | **660 Newark Avenue Jersey City, NJ 07306** | **Real Estate** | **March 2011 - Present** |
| **Lincoln Street 122, LLC** | 45-2153089 | **7004 Boulevard East Guttenberg, NJ 07093** | **Real Estate** | **May 2011 - Present** |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Jefferson 20, LLC | 45-4900573 | 7004 Kennedy Boulevard East Guttenberg, NJ 07093 | Real Estate | March 2012 - Present |
| Halladay 227, LLC | 45-4343309 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | 2012 - Present |
| 237 Lexington, LLC | 46-1710001 | 7004 Kennedy Boulevard East Guttenberg, NJ 07093 | Real Estate | January 2013 - Present |
| Oakland 90, LLC | 46-1630996 | 7004 Kennedy Boulevard East Guttenberg, NJ 07093 | Real Estate | December 2012 - Present |
| Hutton 180, LLC | 27-4688364 | 660 Newark Avenue Jersey City, NJ 07306 | Real Estate | 2011 - Present |
| Liberty 239, LLC | 27-4688516 | 660 Newark Avneue Jersey City, NJ 07306 | Real Estate | 2010 - Present |
| 94 Neptune Avenue, LLC | 45-2712192 | 660 Newark Avenue Jersey City, NJ 07306 | Real Estate | 2011 - Present |
| JCRE Group, LLC | | | Real Estate | |
| JSR Realty, LLC | | | Real Estate | |
| Quest Imperial, LLC | 45-4717668 | 163 Zabriskie Street Jersey City, NJ 07307 | Real Estate | March 2012 - Present |
| 14-16 Centre Street, LLC | 46-4367028 | 37-18 Northern Boulevard, Suite 417 Long Island City, NY 11101 | Real Estate | 2013 - Present |
| 3 Prop JC, LLC | 47-4726288 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | August 2015 - Present |
| Rama Swetta, LLC | 47-4230293 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | June 2015 - Present |
| Union City 409, LLC | | | Real Estate | |
| 53 HPR, LLC | 47-2332284 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | November 2014 - Present |
| Bidwell 185, LLC | 47-1642399 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | 2014 - Present |
| NJ Home & Financial Services Corp. | 22-3732206 | PO Box 354 Edgewater, NJ 07020 | Real Estate Consulting | May 2001 - Present |
| MLK 185 Realty, LLC | | | Real Estate | |
| JSR Real Estate, LLC | 46-3960618 | 659 Victoria Avenue Paramus, NJ 07652 | Real Estate | October 2013 - Present |
| 157 South Street, LLC | 45-5293722 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | May 2012 - Present |
| Bostwick 77 Realty, LLC | | | Real Estate | |
| 4-6 Beech Street, LLC | | | Real Estate | |
| MSV, LLC | 55-0790403 | PO Box 354 Edgewater, NJ 07020 | Real Estate Consulting | August 2015 - Present |
| Orange Stone, LLC | 47-4921332 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | 2015 - Present |

Best Case Bankruptcy

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Tri-State Gold Coast, LLC** | **47-1622189** | **9 E. Loockerman Street Suite 3A-583 Dover, DE 19901** | **Real Estate** | **August 2014 - Present** |
| **Kearny Street 105 Realty, LLC** | | | **Real Estate** | |
| **Prospect 355, LLC** | **47-2215036** | **53 Hackensack Plank Road Weehawken, NJ 07086** | **Real Estate** | **2014 - Present** |
| **ABC Food Solutions, LLC** | **27-0160445** | **PO Box 354 Edgewater, NJ 07020** | **Ice Cream Store Franchise** | **2009-2009** |
| **Mobtown** | **56-2589367** | | **Music** | **October 2011 - 2011** |
| **Ultimo Defasio, LLC** | | | | **September 2009 - 2009** |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                          ADDRESS

B7 (Official Form 7) (04/13)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 27, 2015**                                Signature  **/s/ Munish Sawhney**
                                                                      **Munish Sawhney**
                                                                      Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of New Jersey

| In re | **Munish Sawhney** | | Case No. | **15-29250  (JKS)** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | | |
|---|---|---|---|
| For legal services, I have agreed to accept | | $ | **Fees and expenses allowed by the Bankruptcy Court** |
| Prior to the filing of this statement I have received | | $ | * |
| Balance Due | | $ | **0.00** |

*   **Trenk DiPasquale received $5,153.50 from the Debtor for pre-petition services, inclusive of the Chapter 11 filing fee. The Debtor paid Trenk DiPasquale a retainer in the amount of $11,651.94 for Chapter 11 representation. Trenk, DiPasquale wrote off a prior account receivable in the amount of $8,523.70 for services unrelated to the Chapter 11 bankruptcy proceedings.**

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **General representation of Debtor in his Chapter 11 case and as set forth in the Application for the Retention of Trenk, DiPasquale, Della Fera & Sodono, P.C. as Counsel for Debtor (Docket Entry No. 3).**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the Debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| Dated:   **October      2015** | **/s/ Richard D. Trenk** |
| | **Richard D. Trenk** |
| | **Trenk, DiPasquale, Della Fera & Sodono, P.C.** |
| | **347 Mount Pleasant Avenue** |
| | **Suite 300** |
| | **West Orange, NJ 07052** |
| | **973-243-8600   Fax: 973-243-8677** |

# United States Bankruptcy Court
### District of New Jersey

In re  **Munish Sawhney**

Debtor(s)

Case No.  **15-29250 (JKS)**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **October 27, 2015**

**/s/ Munish Sawhney**
**Munish Sawhney**
Signature of Debtor

137-139 Parker Street, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
140 Littleton Road, Suite 103
Parsippany, NJ 07054


14-16 Centre Street, LLC
37-18 Northern Boulevard
Suite 417
Long Island City, NY 11101


237 Lexington, LLC
7004 Kennedy Boulevard East
Guttenberg, NJ 07093


295 Fairmount Avenue, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
140 Littleton Road, Suite 103
Parsippany, NJ 07054


733-735 6th Street, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
140 Littleton Road, Suite 103
Parsippany, NJ 07054


78 Mallory Street, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
140 Littleton Road, Suite 103
Parsippany, NJ 07054


7912 River Rd. Apt.
7912 River Road
North Bergen, NJ 07047


94 Neptune Avneue, LLC
660 Newark Avenue
Jersey City, NJ 07306


Accent Funding LLC
Attn: Ildiko Trien
112 West 56th Street
Suite 26 North
New York, NY 10019

AM Financial Holdings LLC
Attn: Mrugul Patel
1057 Broad Street
Bloomfield, NJ 07003


American Express
2965 West Corporate Lakes Boulevard
Westin, FL 33331-3626


Benjamin Velez
[Address Unknown]


Best Buy Credit Services
PO Box 183195
Columbus, OH 43218-3195


Bloomingdales
1000 Third Avenue
New York, NY 10022


Capital One Bank USA
168 Capital One Drive
Mc Lean, VA 22102


Chander Sharma
659 Victoria Avenue
Paramus, NJ 07652


Christine Katcho
355 Prospect Street
Nutley, NJ 07110


Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102


Eris Capital
Attn: Peter Aytug
37-18 Northern Boulevard
Suite 417
Long Island City, NY 11101

Eris Capital, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
140 Littleton Road, Suite 103
Parsippany, NJ 07054


Eugene St. Louis
37 Liberty Place
Weehawken, NJ 07086


FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112


Halladay 227, LLC
12 Oakland Avenue
Jersey City, NJ 07306


Harmony Bank
2120 West County Line Road
Jackson, NJ 08527


Hilltop Management Co.
Attn: David Kramer
1161 East 21st Street
Brooklyn, NY 11210


Hudsoncross Capital, LLC
3 Pickwick Plaza
Suite 400
Greenwich, CT 06830-5513


Hutton 180, LLC
660 Newark Avenue
Jersey City, NJ 07306


Ikval Saggu
22 Meridian Road
Suite 8
Edison, NJ 08820


Internal Revenue Service
Special Procedures Branch
Attn: Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744

Internal Revenue Service
Attn:  District Director
955 South Springfield Avenue
Springfield, NJ 07081


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Monaco
PO Box 3053
Hoboken, NJ 07030


Jared Galleria of Jewelry
PO Box 740425
Cincinnati, OH 45274-0425


JCRE Group, LLC
7004 JFK Boulevard, Suit e44D
West New York, NJ 07093


Jefferson 20, LLC
7004 Kennedy Boulevard East
Guttenberg, NJ 07093


Jignesh Patel
B Hensyn Village
Apt. 5B
Budd Lake, NJ 07828


John R. Velez, III
12 Oakland Avenue
Jersey City, NJ 07306


Katcho, LLC
227 Falmouth Avenue
Elmwood Park, NJ 07407


Khoury Madja
355 Prospect Street
Nutley, NJ 07110


Liberty 239, LLC
660 Newark Avenue
Jersey City, NJ 07306

Lincoln Street 122, LLC
7004 Boulevard East
Guttenberg, NJ 07093


Manish Dahiya
375 South End Avenue
#31J
New York, NY 10280


Marcos A. Velez
12 Oakland Avenue
Jersey City, NJ 07306


Marcos Velez
355 Prospect Street
Nutley, NJ 07110


Mark Velez
c/o Cindy Nan Vogelman, Esq.
Chasan Leyner & Lamparello, PC
300 Harmon Meadow Boulevard, 6th Floor
Secaucus, NJ 07094


Melissa Velez
[Address Unknown]


Melissa Velez
[Address Unkown]


Mercury Capital Funding, LLC
100 Merrick Road, Suite 504E
Rockville Centre, NY 11570-4880


Michael Steifman
c/o David Meth, Esq.
200 Daniels Way
Suite 240
Freehold, NJ 07728


Miranda & Masters, LLC
Attn: David Miranda
98 Leonard Street
Jersey City, NJ 07307

New Jersey Division of Taxation
Attn: Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


Nyburg Properties, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
140 Littleton Road, Suite 103
Parsippany, NJ 07054


Oakland 90, LLC
7004 Kennedy Boulevard East
West New York, NJ 07093


Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


Office of the Chief Counsel
Internal Revenue Service
SB/SE Division
One Newark Center, Suite 1500
Newark, NJ 07102


Parker Street Realty LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
140 Littleton Road, Suite 103
Parsippany, NJ 07054


Quest Imperial, LLC
163 Zabriskie Street
Jersey City, NJ 07307


Radha K. Sawhney
2205 Arterra Court
West Palm Beach, FL 33411-1417


Ramyeta Deshmukh
230 Via D'Este
Delray Beach, FL 33445

Regal Bank
570 West Mount Pleasant Avenue
Livingston, NJ 07039


Riverside Abstract Title
c/o Jeffrey Fleischmann, Esq.
Law Office of Jeffrey Fleischmann PC
65 Broadway, Suite 842
New York, NY 10006


Riverside Abstract Title
212 Second Street
Suite 502
Lakewood, NJ 08701


State of New Jersey
Division of Taxation - Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625


TD Auto Finance
PO Box 16039
Lewiston, ME 04243-9520


TD Bank Lockbox
TD Auto Finance - 16039
Mailstop ME2-074-017
6 Atlantis Way
Lewiston, ME 04240


The Guardian Life Insurance Company
7 Hanover Square
Customer Service, H-6-D
New York, NY 10004


United States Attorney
970 Broad Street, Fifth Floor
Newark, NJ 07102


Vishesh Chhibber
308B South Oyesterbay Road
Syosset, NY 11791

Wells Fargo Card Services
PO Box 6412
Carol Stream, IL 60197-6412


York Funding, LLC
c/o Sean M. Lipsky, Esq.
Lipsly Portales, P.A.
140 Littleton Road, Suite 103
Parsippany, NJ 07054