UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
*Attorneys for Debtor*

| | |
|---|---|
| In re: | Chapter 11 |
| MUNISH SAWHNEY, | Case No. 15-29250 (JKS) |
| Debtor. | |

## AMENDMENT TO SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND LIST OF CREDITORS/MAILING MATRIX

Please specify the list or schedule(s) to be amended:

☒ Schedule H
☒ Statement of Financial Affairs
☒ List of Creditors/Mailing Matrix

1.    The addresses for the following co-debtors listed on Schedule H are amended as follows:

| Original Address Listed on Schedule H | Updated Address |
|---|---|
| 237 Lexington, LLC<br>7004 Kennedy Boulevard East<br>Guttenberg, NJ 07093 | 237 Lexington, LLC<br>12 Oakland Avenue<br>Jersey City, NJ 07306 |
| 94 Neptune Avenue, LLC<br>660 Newark Avenue<br>Jersey City, NJ 07306 | 94 Neptune Avenue, LLC<br>12 Oakland Avenue<br>Jersey City, NJ 07306 |
| Hutton 180, LLC<br>660 Newark Avenue<br>Jersey City, NJ 07306 | Hutton 180, LLC<br>12 Oakland Avenue<br>Jersey City, NJ 07306 |
| JCRE Group, LLC<br>7004 JFK Boulevard, Suite 44D<br>West New York, NJ 07093 | JCRE Group, LLC<br>53 Hackensack Plank Road<br>Weehawken, NJ 07086 |
| Jefferson 20, LLC<br>7004 Kennedy Boulevard East<br>Guttenberg, NJ 07093 | Jefferson 20, LLC<br>12 Oakland Avenue<br>Jersey City, NJ 07306 |

| Original Address Listed on Schedule H | Updated Address |
|---|---|
| Liberty 239, LLC<br>660 Newark Avenue<br>Jersey City, NJ 07306 | Liberty 239, LLC<br>12 Oakland Avenue<br>Jersey City, NJ 07306 |
| Lincoln Street 122, LLC<br>7004 Boulevard East<br>Guttenberg, NJ 07093 | Lincoln Street 122, LLC<br>12 Oakland Avenue<br>Jersey City, NJ 07306 |
| Oakland 90, LLC<br>7004 Kennedy Boulevard East<br>West New York, NJ 07093 | Oakland 90, LLC<br>12 Oakland Avenue<br>Jersey City, NJ 07306 |
| Quest Imperial, LLC<br>163 Zabriskie Street<br>Jersey City, NJ 07307 | Quest Imperial, LLC<br>53 Hackensack Plank Road, Second Floor<br>Weehawken, NJ 07086 |

    2.    The Debtor's response to Question 18 of the Statement of Financial Affairs is modified as set forth on the attached Exhibit "A."

    3.    The List of Creditors having been previously filed, is hereby amended to include the following creditors and/or parties-in-interest:

14-16 Centre Street, LLC
37-18 Northern Boulevard
Suite 417
Long Island City, NY 11101

237 Lexington, LLC
12 Oakland Avenue
Jersey City, NJ 07306

94 Neptune Avenue, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Capital One Bank USA
168 Capital One Drive
Mc Lean, VA 22102

Christine Katcho
355 Prospect Street
Nutley, NJ 07110

Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

Halladay 227, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Harmony Bank
2120 West County Line Road
Jackson, NJ 08527

Hutton 180, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Internal Revenue Service
Special Procedures Branch
Attn: Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744

Internal Revenue Service
Attn: District Director
955 South Springfield Avenue
Springfield, NJ 07081

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JCRE Group, LLC
53 Hackensack Plank Road
Weehawken, NJ 07086

Jefferson 20, LLC
12 Oakland Avenue
Jersey City, NJ 07306

John R. Velez, III
12 Oakland Avenue
Jersey City, NJ 07306

Katcho, LLC
227 Falmouth Avenue
Elmwood Park, NJ 07407

Khoury Madja
355 Prospect Street
Nutley, NJ 07110

Liberty 239, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Lincoln Street 122, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Marcos A. Velez
12 Oakland Avenue
Jersey City, NJ 07306

Mercury Capital Funding, LLC
100 Merrick Road, Suite 504E
Rockville Centre, NY 11570-4880

New Jersey Division of Taxation
Attn:  Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

Oakland 90, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

Office of the Chief Counsel
Internal Revenue Service
SB/SE Division
One Newark Center, Suite 1500
Newark, NJ 07102

Quest Imperial, LLC
53 Hackensack Plank Road, Second Floor
Weehawken, NJ 07086

Regal Bank
570 West Mount Pleasant Avenue
Livingston, NJ 07039

State of New Jersey
Division of Taxation - Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625

The Guardian Life Insurance Company
7 Hanover Square
Customer Service, H-6-D
New York, NY 10004

United States Attorney
970 Broad Street, Fifth Floor
Newark, NJ 07102

York Funding, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

    4.   The addresses for the following creditors are modified as follows:

| Original Address on Mailing Matrix | Updated Address |
|---|---|
| 137-139 Parker Street, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>140 Littleton Road, Suite 103<br>Parsippany, NJ 07054 | 137-139 Parker Street, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>150 River Road, Suite A3<br>Montville, NJ 07045 |
| 295 Fairmount Avenue, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>140 Littleton Road, Suite 103<br>Parsippany, NJ 07054 | 295 Fairmount Avenue, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>150 River Road, Suite A3<br>Montville, NJ 07045 |
| 733-735 6th Street, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>140 Littleton Road, Suite 103<br>Parsippany, NJ 07054 | 733-735 6th Street, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>150 River Road, Suite A3<br>Montville, NJ 07045 |
| 78 Mallory Street, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>140 Littleton Road, Suite 103<br>Parsippany, NJ 07054 | 78 Mallory Street, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>150 River Road, Suite A3<br>Montville, NJ 07045 |
| Eris Capital, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>140 Littleton Road, Suite 103<br>Parsippany, NJ 07054 | Eris Capital, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>150 River Road, Suite A3<br>Montville, NJ 07045 |

| Original Address on Mailing Matrix | Updated Address |
|---|---|
| Nyburg Properties, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>140 Littleton Road, Suite 103<br>Parsippany, NJ 07054 | Nyburg Properties, LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>150 River Road, Suite A3<br>Montville, NJ 07045 |
| Parker Street Realty LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>140 Littleton Road, Suite 103<br>Parsippany, NJ 07054 | Parker Street Realty LLC<br>c/o Sean M. Lipsky, Esq.<br>Lipsky Portales, P.A.<br>150 River Road, Suite A3<br>Montville, NJ 07045 |
| Miranda & Masters, LLC<br>Attn: David Miranda<br>98 Leonard Street, 1R<br>Jersey City, NJ 07305 | Miranda & Masters, LLC<br>Attn: David Miranda<br>98 Leonard Street<br>Jersey City, NJ 07307 |
| Hudsoncross Capital, LLC<br>3 Pickwick Plaza, Suite 400<br>Greenwich, CT 06830 | Hudsoncross Capital, LLC<br>c/o Matthew Cooleen, President<br>11 Tower Hill Road<br>Scarborough, NY 10510<br><br>Hudsoncross Capital, LLC<br>c/o Ryan Goldberg, Member<br>220 Riverside Boulevard, 9C<br>New York, NY 10069 |
| Jignesh Patel<br>B Hensyn Village<br>Apt. 5B<br>Budd Lake, NJ 07828 | Jignesh Patel<br>26 Alden Terrace<br>Flanders, NJ 07836 |

I hereby certify under penalty of perjury that the information contained herein is correct.

Dated:    November 13, 2015                    _____/s/ Munish Sawhney_____
                                                                    MUNISH SAWHNEY

4812-5366-8394, v. 1

237 Lexington, LLC
12 Oakland Avenue
Jersey City, NJ 07306

94 Neptune Avenue, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Hutton 180, LLC
12 Oakland Avenue
Jersey City, NJ 07306

JCRE Group, LLC
53 Hackensack Plank Road
Weehawken, NJ 07086

Jefferson 20, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Liberty 239, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Lincoln Street 122, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Oakland 90, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Quest Imperial, LLC
53 Hackensack Plank Road, Second Floor
Weehawken, NJ 07086

14-16 Centre Street, LLC
37-18 Northern Boulevard
Suite 417
Long Island City, NY 11101

Capital One Bank USA
168 Capital One Drive
Mc Lean, VA 22102

Christine Katcho
355 Prospect Street
Nutley, NJ 07110

Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

Halladay 227, LLC
12 Oakland Avenue
Jersey City, NJ 07306

Harmony Bank
2120 West County Line Road
Jackson, NJ 08527

Internal Revenue Service
Special Procedures Branch
Attn:  Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744

Internal Revenue Service
Attn:  District Director
955 South Springfield Avenue
Springfield, NJ 07081

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John R. Velez, III
12 Oakland Avenue
Jersey City, NJ 07306

Katcho, LLC
227 Falmouth Avenue
Elmwood Park, NJ 07407

Khoury Madja
355 Prospect Street
Nutley, NJ 07110

Marcos A. Velez
12 Oakland Avenue
Jersey City, NJ 07306

Mercury Capital Funding, LLC
100 Merrick Road, Suite 504E
Rockville Centre, NY 11570-4880

New Jersey Division of Taxation
Attn:  Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

Office of the Chief Counsel
Internal Revenue Service
SB/SE Division
One Newark Center, Suite 1500
Newark, NJ 07102

Quest Imperial, LLC
53 Hackensack Plank Road, Second Floor
Weehawken, NJ 07086

Regal Bank
570 West Mount Pleasant Avenue
Livingston, NJ 07039

State of New Jersey
Division of Taxation - Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625

The Guardian Life Insurance Company
7 Hanover Square
Customer Service, H-6-D
New York, NY 10004

United States Attorney
970 Broad Street, Fifth Floor
Newark, NJ 07102

York Funding, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

137-139 Parker Street, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

295 Fairmount Avenue, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

733-735 6th Street, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

78 Mallory Street, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

Eris Capital, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

Nyburg Properties, LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

Parker Street Realty LLC
c/o Sean M. Lipsky, Esq.
Lipsky Portales, P.A.
150 River Road, Suite A3
Montville, NJ 07045

Miranda & Masters, LLC
Attn:  David Miranda
98 Leonard Street
Jersey City, NJ 07307

Hudsoncross Capital, LLC
c/o Matthew Cooleen, President
11 Tower Hill Road
Scarborough, NY 10510

Hudsoncross Capital, LLC
c/o Ryan Goldberg, Member
220 Riverside Boulevard, 9C
New York, NY 10069

Jignesh Patel
26 Alden Terrace
Flanders, NJ 07836

4812-5366-8394, v. 1

# EXHIBIT "A"

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Munsosa Holdings, LLC | 27-1980687 | PO Box 354 Edgewater, NJ 07020 | Real Estate | February 2010 - Present |
| K City Realty, LLC | 45-0919007 | 660 Newark Avenue Jersey City, NJ 07306 | Real Estate | March 2011 - Present |
| Lincoln Street 122, LLC | 45-2153089 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | May 2011 - Present |
| Jefferson 20, LLC | 45-4900573 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | March 2012 - Present |
| Halladay 227, LLC | 45-4343309 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | 2012 - Present |
| 237 Lexington, LLC | 46-1710001 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | January 2013 - Present |
| Oakland 90, LLC | 46-1630996 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | December 2012 - Present |
| Hutton 180, LLC | 27-4688364 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | 2011 - Present |
| Liberty 239, LLC | 27-4688516 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | 2010 - Present |
| 94 Neptune Avenue, LLC | 45-2712192 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | 2011 - Present |
| JCRE Group, LLC | | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | |
| JSR Realty, LLC | | | Real Estate | |
| Quest Imperial, LLC | 45-4717668 | 53 Hackensack Plank Road Second Floor Weehawken, NJ 07086 | Real Estate | March 2012 - Present |
| 14-16 Centre Street, LLC | 46-4367028 | 37-18 Northern Boulevard, Suite 417 Long Island City, NY 11101 | Real Estate | 2013 - Present |
| 3 Prop JC, LLC | 47-4726288 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | August 2015 - Present |
| Rama Swetta, LLC | 47-4230293 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | June 2015 - Present |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Union City 409, LLC | | | Real Estate | |
| 53 HPR, LLC | 47-2332284 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | November 2014 - Present |
| Bidwell 185, LLC | 47-1642399 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | 2014 - Present |
| NJ Home & Financial Services Corp. | 22-3732206 | PO Box 354 Edgewater, NJ 07020 | Real Estate Consulting | May 2001 - Present |
| MLK 185 Realty, LLC | | | Real Estate | |
| JSR Real Estate, LLC | 46-3960618 | 659 Victoria Avenue Paramus, NJ 07652 | Real Estate | October 2013 - Present |
| 157 South Street, LLC | 45-5293722 | 12 Oakland Avenue Jersey City, NJ 07306 | Real Estate | May 2012 - Present |
| Bostwick 77 Realty, LLC | | | Real Estate | |
| 4-6 Beech Street, LLC | | | Real Estate | |
| MSV, LLC | 55-0790403 | PO Box 354 Edgewater, NJ 07020 | Real Estate Consulting | August 2015 - Present |
| Orange Stone, LLC | 47-4921332 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | 2015 - Present |
| Tri-State Gold Coast, LLC | 47-1622189 | 9 E. Loockerman Street Suite 3A-583 Dover, DE 19901 | Real Estate | August 2014 - Present |
| Kearny Street 105 Realty, LLC | | | Real Estate | |
| Prospect 355, LLC | 47-2215036 | 53 Hackensack Plank Road Weehawken, NJ 07086 | Real Estate | 2014 - Present |
| ABC Food Solutions, LLC | 27-0160445 | PO Box 354 Edgewater, NJ 07020 | Ice Cream Store Franchise | 2009-2009 |
| Mobtown | 56-2589367 | | Music | October 2011 - 2011 |
| Ultimo Defasio, LLC | | | | September 2009 - 2009 |