Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  15–29250–JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Munish Sawhney                         Quest Imperial, LLC
  1162 River Road                        55 Hackensack Plank Road
  Edgewater, NJ 07020                Weehawken, NJ 07086

Social Security No.:
  xxx–xx–0166

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 3, 2017</u>                 <u>John K. Sherwood</u>
                                       Judge, United States Bankruptcy Court